# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| CEC ENTERTAINMENT, INC., | § | Case No. 20-33163 (MI) |
| Debtor. | § | (Emergency Hearing Requested) |
| Tax I.D. No.  48-0905805 | § | |
| In re: | § | Chapter 11 |
| BHC ACQUISITION CORPORATION, | § | Case No. 20- 33165 (MI) |
| Debtor. | § | (Emergency Hearing Requested) |
| Tax I.D. No.  75-2180947 | § | |
| In re: | § | Chapter 11 |
| CEC ENTERTAINMENT CONCEPTS, L.P., | § | Case No. 20-33166 (MI) |
| Debtor. | § | (Emergency Hearing Requested) |
| Tax I.D. No.  42-1563011 | § | |
| In re: | § | Chapter 11 |
| CEC ENTERTAINMENT HOLDINGS, LLC, | § | Case No. 20-33167 (MI) |
| Debtor. | § | (Emergency Hearing Requested) |
| Tax I.D. No.  06-1699147 | § | |

| | | |
|---|---|---|
| **In re:** | § § § | Chapter 11 |
| **CEC ENTERTAINMENT INTERNATIONAL, LLC,** | § § § § | Case No. 20-33168 (MI) |
| Debtor. | § § | (Emergency Hearing Requested) |
| Tax I.D. No.  82-3858177 | § § | |
| **In re:** | § § § | Chapter 11 |
| **CEC ENTERTAINMENT LEASING COMPANY,** | § § § § | Case No. 20-33169 (MI) |
| Debtor. | § § | (Emergency Hearing Requested) |
| Tax I.D. No.  47-1454517 | § § | |
| **In re:** | § § § | Chapter 11 |
| **CEC LEASEHOLDER, LLC,** | § § § | Case No. 20-33170 (MI) |
| Debtor. | § § | (Emergency Hearing Requested) |
| Tax I.D. No.  N/A | § § | |
| **In re:** | § § § | Chapter 11 |
| **CEC LEASEHOLDER #2, LLC** | § § § | Case No. 20-33171 (MI) |
| Debtor. | § § | (Emergency Hearing Requested) |
| Tax I.D. No.  N/A | § § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| HOSPITALITY DISTRIBUTION INCORPORATED, | § | Case No. 20-33172 (MI) |
| Debtor. | § | (Emergency Hearing Requested) |
| Tax I.D. No.  75-2595502 | § | |
| In re: | § | Chapter 11 |
| PETER PIPER HOLDINGS, INC., | § | Case No. 20-33173 (MI) |
| Debtor. | § | (Emergency Hearing Requested) |
| Tax I.D. No.  20-8026453 | § | |
| In re: | § | Chapter 11 |
| PETER PIPER, INC., | § | Case No. 20-33164 (MI) |
| Debtor. | § | (Emergency Hearing Requested) |
| Tax I.D. No.  86-0313407 | § | |
| In re: | § | Chapter 11 |
| PETER PIPER TEXAS, LLC, | § | Case No. 20-33162 (MI) |
| Debtor. | § | (Emergency Hearing Requested) |
| Tax I.D. No.  33-1166904 | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **PETER PIPER MEXICO, LLC,** | § | Case No. 20-33174 (MI) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No.  20-0931883 | § | |
| | | |
| In re: | § | Chapter 11 |
| | § | |
| **QUESO HOLDINGS INC.,** | § | Case No. 20-33175 (MI) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No.  46-4621569 | § | |
| | | |
| In re: | § | Chapter 11 |
| | § | |
| **SB HOSPITALITY CORPORATION,** | § | Case No. 20-33176 (MI) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No.  74-2614736 | § | |
| | | |
| In re: | § | Chapter 11 |
| | § | |
| **SPT DISTRIBUTION COMPANY, INC.,** | § | Case No. 20-33177 (MI) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No.  75-2288656 | § | |
| | | |
| In re: | § | Chapter 11 |
| | § | |
| **TEXAS PP BEVERAGE, INC.,** | § | Case No. 20-33178 (MI) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No.  41-2076895 | § | |

**ORDER PURSUANT TO FED. R. BANKR. P. 1015(b) AND LOCAL
RULE 1015-1 DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the motion, dated June 25, 2020 (the "**Motion**"),[1] of CEC Entertainment, Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 directing joint administration of their chapter 11 cases, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 20-33163. Additionally, the following checked items are ordered:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

  ☒ One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

  ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

  ☒ Other:  See below.

2. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases, the Debtors, or the Debtors' estates.  The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **CEC ENTERTAINMENT, INC., *et al.,*** | § | **Case No. 20-33163 (MI)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | Re:  Docket No. ___ |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are BHC Acquisition Corporation (0947); CEC Entertainment Concepts, L.P. (3011); CEC Entertainment Holdings, LLC (9147); CEC Entertainment, Inc. (5805); CEC Entertainment International, LLC (8177); CEC Entertainment Leasing Company (4517); CEC Leaseholder, LLC (N/A); CEC Leaseholder #2, LLC (N/A); Hospitality Distribution Incorporated (5502); Peter Piper Holdings, Inc. (6453); Peter Piper, Inc. (3407); Peter Piper Texas, LLC (6904); Peter Piper Mexico, LLC (1883); Queso Holdings Inc. (1569); SB Hospitality Corporation (4736); SPT Distribution Company, Inc. (8656); and Texas PP Beverage, Inc. (6895). The Debtors' corporate headquarters and service address is 1707 Market Place Boulevard #200, Irving, TX 75063.

3. A docket entry shall be made in each of the above-captioned cases (except the chapter 11 case of CEC Entertainment, Inc.) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of CEC Entertainment, Inc., *et al.*  The docket in Case No. 20-33163 should be consulted for all matters affecting this case.

4. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

5. The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2020
      Houston, Texas

_____
UNITED STATES BANKRUPTCY JUDGE